UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GAYNETT POWELL,
    Plaintiff,

vs.                                      Case No.:  3:21cv1009/LAC/ZCB

MARK INCH, et al.,
    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on July 26, 2023.  (Doc. 58).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 58) is adopted and incorporated by reference in this order.

2. The Plaintiff's request for a temporary restraining order (Doc. 57) is **DENIED**.

**DONE AND ORDERED** this 21st day of November, 2023.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**